UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin Uselman,

          Plaintiff,

v.

John C. Pentland,

          Defendant.

Civil No. 12-1226 (PJS/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. Defendant's Motion to Dismiss and for Summary Judgment (ECF No. 30) is **GRANTED**; and

3. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 02/19/14

          s/Patrick J. Schiltz
          PATRICK J. SCHILTZ
          United States District Judge